IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SIOBHAN HAYES, | ) Case No. 4:22-cv-00013-BMM |
| | ) |
| Plaintiff, | ) |
| | ) ORDER FOR DISMISSAL WITH |
| vs. | ) PREJUDICE |
| | ) |
| NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, a Federally chartered corporation, and BURLINGTON NORTHERN SANTA FE, LLC ("BNSF"), a Delaware Corporation, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

This matter, having come before the Court pursuant to the stipulated motion of the parties for an order of dismissal, and the Court being otherwise fully advised in the premise. **IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED** with prejudice and without costs or attorney fees to any party.

DATED this 5th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court